HENRY GERMANN, Surviving Executor of ERNESTINE SCHAFFNER, Deceased, Respondent, *v.* MARTHA S. REYNOLDS et al., Respondents, and HENRY GERMANN et al., as Executors of ROBERT F. SCHAFFNER, Deceased, Appellants.

(Submitted November 19, 1928; decided November 27, 1928.)

*Oliver P. Carpenter* for motion.
*Matthew W. Wood* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.